UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60058-CR-LEIBOWITZ

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**CARL HALLER,**

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION TO MODIFY HOUSE ARREST CONDITIONS

Before the Court is the Defendant's Motion to Modify House Arrest Conditions [ECF No. 29]. Being fully advised, and without objection from the Government, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant's bond is modified to remove the GPS electronic monitoring condition. All other conditions of bond remain in full force and effect.

**DONE AND ORDERED** in the Southern District of Florida on October 8, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  Jan C. Smith, II, AFPD
     Sean Cronin, AUSA